NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NIKE, INC.,**
*Plaintiff-Appellant*

**v.**

**LULULEMON USA INC.,**
*Defendant-Appellee*

---

2025-1709

---

Appeal from the United States District Court for the Southern District of New York in No. 1:23-cv-00771-AS, Judge Arun S. Subramanian.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                           NIKE, INC. V. LULULEMON USA INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

May 6, 2026                              Jarrett B. Perlow
Date                                      Clerk of Court

**ISSUED AS A MANDATE:** May 6, 2026